125 F. 1003

### JORGENSEN v. YOUNG et al.

No. 972.

Circuit Court of Appeals, Ninth Circuit.

Nov. 6, 1903.

John G. Heid and A. K. Delaney, for plaintiff in error.

R. W. Jennings and L. S. B. Sawyer, for defendants in error.

Motion of defendants in error to dismiss granted, and cause dismissed.